1042

No. 01–9310. SAYERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9312. RITCHIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9313. SALAS-RIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9315. PANNELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9329. DARITY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9333. MATHEWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9337. PATTERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9342. ALERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9345. LONG *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–9348. LEATH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9349. ADAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9351. HUBBARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9353. JAMES, AKA COFIELD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9355. SIMMONS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9359. RUSSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9365. SHAKESPEARE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.